UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ANTHONY R. PEOPLES**,                                Civil Case No. 6:14-CV-00468-KI

      Plaintiff,

                                                      JUDGMENT

                v.

**COMMISSIONER OF SOCIAL SECURITY**,

      Defendant.

    Richard F. McGinty
    McGinty & Belcher
    P. O. Box 12806
    Salem, Oregon  97301

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

David J. Burdett
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

       Attorneys for Defendant

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

    Dated this     4th     day of May, 2015.

                                    /s/ Garr M. King
                                   Garr M. King
                                   United States District Judge